371 A.2d 1290
**COMMONWEALTH of Pennsylvania**
v.
**Michael Joseph WHAH, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 10, 1977.

Decided April 28, 1977.

Michael Joseph Whah in pro. per.
Richard B. Russell, Dist. Atty., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROB-
ERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Record is remanded to the Court of Common Pleas
of Schuylkill County for appointment of counsel and an
evidentiary hearing to determine whether defendant-ap-
pellant waived his right to file post-verdict motions. If
such right has not been effectively waived then post-ver-
dict motions should be filed nunc pro tunc. If the filing
of such post-verdict motions has been waived then an ev-
identiary hearing should be held to determine defend-
ant-appellant's allegation concerning ineffective assist-
ance of counsel. Following disposition of these motions
by the trial court, appellate review shall be available.